UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | CV 15-07251 DDP (JCx) | Dated: April 7, 2016 |
| Title: | WBS, INC., a California Corporation -v- JUAN CROUCHER, an individual; CROUCIER PRODUCTIONS, INC., a California Corporation; ROB HOFFMAN, an individual; ONE MANAGEMENT, a business of unknown formation | |

==================================================================

PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

| Patricia Gomez | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

PROCEEDINGS:        MINUTE ORDER (IN CHAMBERS)


   Plaintiff's Application for a Temporary Restraining Order is DENIED. Given the uncertainty regarding ownership of the marks, Plaintiff has not demonstrated a likelihood of success on the merits. See Winter v. Natural Res. Defense Counsel, 555 U.S. 7, 20 (2008); S. Cal. Darts Ass'n v. Zaffina, 762 F.3d 921, 929 (9th Cir. 2014).