# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 15-07251 DDP (JCx) | Date | June 7, 2017 |
| Title | WBS, INC. -V- JUAN CROUCIER et al | | |

Present: The Honorable    DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| Patricia Gomez | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

Proceedings:    MINUTE ORDER (IN CHAMBERS)

   Defendants' Motion for Attorney Fees (Dkt. 183) and Plaintiff's Motion to Strike Defendants' Motion for Attorney's Fees (Dkt. 188) are DENIED.

:    N / A

Initials of Preparer    PG