JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WBS, INC., a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>JUAN CROUCIER, an individual,<br>CROUCIER PRODUCTIONS, INC., a<br>California Corporation; ROB HOFFMAN,<br>an individual, ONE MANAGEMENT and<br>DOES 1 through 10, inclusive.<br><br>Defendants. | Case No.: CV-15-07251 DDP (JCx)<br><br>**JUDGMENT** |

    In light of this Court's Order Re: Motions for Summary Judgment (Docket No. 181) and Order Denying Plaintiff's Motion for Reconsideration (Docket No. 222), judgment is hereby entered in favor of all Defendants and against Plaintiff WBS, Inc.

IT IS SO ORDERED AND ADJUDGED.

Date: June 7,  2017     By: _____
                                                UNITED STATES DISTRICT COURT
                                                HONORABLE DEAN D. PREGERSON

[PROPOSED] JUDGMENT