# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WBS, INC., a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>JUAN CROUCIER, an individual, CROUCIER PRODUCTIONS, INC., a California Corporation; ROB HOFFMAN, an individual, ONE MANAGEMENT and DOES 1 through 10, inclusive.<br><br>Defendants. | Case No.: CV-15-07251 DDP (JCx)<br>*Hon. Dean D. Pregerson Presiding*<br><br>**AMENDED JUDGMENT** |

On November 9, 2016 this Court issued its Order Re: Motions for Summary Judgment (Docket No. 181) in which it, *inter alia*, adjudicated liability in favor of Defendant Juan Croucier on the claims brought against him by Plaintiff WBS, Inc.

On June 7, 2017, the Court entered judgment in favor of all Defendants and against Plaintiff WBS, Inc. (Docket No. 230).

On August 21, 2017, a Bill of Costs was entered, taxing costs in the amount of $1,465.72 in favor of Juan Croucier and against WBS, Inc. (Docket No. 244).

WBS, Inc. appealed and Juan Croucier cross-appealed. On March 7, 2019, the Ninth Circuit Court of Appeals affirmed this Court's rulings save the denial of

Croucier's motion for attorneys' fees, and remanded the case for a further determination (Docket No. 229).

On April 4, 2019, the Ninth Circuit Court of Appeals issued a Mandate stating, "The judgment of this Court, entered March 07, 2019, takes effect this date[]" and taxing costs against WBS, Inc. and in favor of Juan Croucier in the amount of $572.20 (Docket No. 246).

On May 7, 2019, the Ninth Circuit Court of Appeals issued an Order awarding attorneys' fees in the amount of $70,789.50 in favor of appellees/cross appellants Juan Carlos Croucier and Croucier Productions, Inc. and against appellant/cross-appellee WBS, Inc. and amending the Court's mandate (Docket No. 248).

On March 11, 2020 this Court issued an Order Re: Motion for Attorney Fees (Docket No. 255) in which it granted Croucier an award of fees against WBS, Inc. in the amount of $232,927.50 and found Plaintiff's counsel Drew Sherman and Adli Law Group P.C. jointly liable for $85,357 of that amount.

Pursuant to the above, Judgment in this case is hereby amended as follows:

1. WBS, Inc. ("WBS"), does not own the RATT trademarks, including U.S. Reg. Nos. 1383344, 1383345, 1368246, and 1368245, as those trademarks were never properly assigned to it from the RATT Partnership;
2. WBS, Inc's Complaint is dismissed with Prejudice as to all Defendants, and WBS, Inc. shall take nothing;
3. Judgment is entered in favor of Juan Croucier and against WBS, Inc. in the amount of $305,751.92, reflecting $303,717.00 in attorneys' fees and $2,034.92 in costs; and

4. It is further adjudged that Drew H. Sherman and Adli Law Group P.C. are jointly and severally liable to Juan Croucier for payment of $85,357.50 of the liability of WBS under this judgment.

IT IS SO ORDERED AND ADJUDGED.

Date: March 24, 2020    By: _____
                        HONORABLE DEAN D. PREGERSON
                        UNITED STATES DISTRICT COURT